IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.   07-cr-00098-WDM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JOSE RAMIREZ-MORENO,

    Defendant(s).
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Jury trial (3 days) will begin **June 4, 2007, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.  Deadline for filing motions is April 30, 2007; government responses are due May 7, 2007.


Dated:   March 27, 2007


                                          s/ Jane Trexler, Judicial Assistant